**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Geovanni NAVARRETE, a.k.a.
Giovanni Navarrete, De-
fendant–Appellant.**

**United States of America,
Plaintiff–Appellee,**

v.

**Cesar Navarrete, a.k.a. Cesar Navar-
rete, a.k.a. Abraham Mendoza,
Defendant–Appellant.**

**Nos. 09–10182, 09–10188
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 16, 2009.

Ryan Thomas Truskoski, Orlando, FL,
for Defendant–Appellant.

Nathaniel S. Pollock, Mark L. Gross,
Washington, DC, for Plaintiff–Appellee.

Before TJOFLAT, EDMONDSON and
HILL, Circuit Judges.

PER CURIAM:

Ryan Thomas Truskoski, appointed
counsel for Geovanni Navarrete in Case
No. 09–10182, has filed a motion to with-
draw on appeal supported by a brief pre-
pared pursuant to *Anders v. California*,
386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967). Our independent review of the
entire record reveals that counsel's assess-
ment of the relative merit of the appeal is
correct. Because independent examina-
tion of the entire record reveals no argua-
ble issues of merit with respect to Case
No. 09–10182, counsel's motion to with-
draw is **GRANTED,** and Geovanni Navar-
rete's convictions and sentences are **AF-
FIRMED.**

John L. Badalamenti, appointed counsel
for Cesar Navarrete in Case No. 09–10188,
has filed a motion to withdraw on appeal
supported by a brief prepared pursuant to
*Anders v. California*, 386 U.S. 738, 87
S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our
independent review of the entire record
reveals that counsel's assessment of the
relative merit of the appeal is correct.
Because independent examination of the
entire record reveals no arguable issues of
merit with respect to Case No. 09–10188,
counsel's motion to withdraw is **GRANT-
ED,** and Cesar Navarrete's convictions
and sentences are **AFFIRMED.**